NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

GUCOVSCHI LAW FIRM, PLLC.
Adrian Gucovschi (SBN 360988)
165 Broadway, Fl. 23
New York, NY 10005
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

ATTORNEY(S) FOR:  Plaintiff

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HOKE, individually and on behalf of all others similarly situated<br><br>v.<br><br>AG1 (USA), INC. | CASE NUMBER:<br><br>2:26-cv-01110 |
| Plaintiff(s), | |
| Defendant(s) | **CERTIFICATION AND NOTICE**<br>**OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                     Samuel Hoke
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AG1 (USA), INC. | Defendant |

February 3, 2026

Date

/s/ Adrian Gucovschi, Esq.

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, Samuel Hoke