JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, California 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
JUSTINE MCCARTHY POTTER (SBN 352774)
*JPotter@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
AG1 (USA), INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HOKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AG1 (USA), INC.,<br><br>Defendant. | Case No. 2:26-cv-01110<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:       TBD<br>Date Action Filed:     February 3, 2026 |

Defendant AG1 (USA), Inc. ("Defendant") and Plaintiff Samuel Hoke ("Plaintiff") (together, the "Parties") through their undersigned counsel hereby stipulate, agree, and state as follows:

WHEREAS, Plaintiff filed the initial Complaint on February 3, 2026. (ECF No. 1.)

WHEREAS, Defendant waived service of the Complaint on February 18, 2026 (ECF No. 9), setting Defendant's date to answer or otherwise respond to the Complaint as April 20, 2026, pursuant to Rule 4 of the Federal Rules of Civil Procedure.

WHEREAS, the Parties have not yet stipulated to any extensions to Defendant's responsive pleading deadline.

WHEREAS, in order to facilitate ongoing settlement discussions and ongoing factual investigation, the Parties jointly request a 60-day extension of the current responsive pleading deadline so that the Parties may continue settlement negotiations and investigation.

IT IS HEREBY STIPULATED AND AGREED by the Parties that Defendant shall have up to and including June 19, 2026, to respond to the Complaint.

IT IS SO STIPULATED.

- 1 -

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-CV-01110

Dated:    April 15, 2026                    Respectfully submitted,


By: */s/ Rebecca L. Tarneja*

JENNIFER BRIGGS FISHER
*JFisher@goodwinlaw.com*
REBECCA L. TARNEJA
*RTarneja@goodwinlaw.com*
JUSTINE MCCARTHY POTTER
*JPotter@goodwinlaw.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendant

Dated:    April 15, 2026                    Respectfully submitted,


By: */s/ Adrian Gucovschi*

Adrian Gucovschi (SBN 360988)
**GUCOVSCHI LAW FIRM, PLLC**
140 Broadway, Floor 46
New York, New York 10005
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
Email: adrian@gucovschilaw.com

**HEDIN LLP**
Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Attorneys for Plaintiff

- 2 -

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-CV-01110

## **ATTORNEY ATTESTATION**

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


*/s/ Rebecca L. Tarneja*

REBECCA L. TARNEJA

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the clerk of the court for the United States District Court for the Central District of California by using the CM/ECF system on **April 15, 2026**. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 15, 2026

/s/ Rebecca L. Tarneja

REBECCA L. TARNEJA

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

- 4 -

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-CV-01110