JENNIFER BRIGGS FISHER (SBN 241321)
*JFisher@goodwinlaw.com*
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, California 94105
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

REBECCA L. TARNEJA (SBN 293461)
*RTarneja@goodwinlaw.com*
JUSTINE MCCARTHY POTTER (SBN 352774)
*JPotter@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, Suite 4100
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for Defendant
AG1 (USA), INC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL HOKE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AG1 (USA), INC.,<br><br>Defendant. | Case No. 2:26-cv-01110<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Trial Date:          TBD<br>Date Action Filed:     February 3, 2026 |

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER ON JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT

CASE NO. 2:26-CV-01110

Pending before this Court is a Joint Stipulation to Extend Time to Respond to Initial Complaint ("Joint Stipulation") filed by Defendant AG1 (USA), Inc. and Plaintiff Samuel Hoke. Upon consideration of the parties' Joint Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Joint Stipulation is **GRANTED**. The Court orders as follows:

Defendant will file any response to the Complaint on or before June 19, 2026.

**IT IS SO ORDERED.**

Dated: _____

 _____

 Hon. Percy Anderson

- 1 -

GOODWIN PROCTER LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

CASE NO. 2:26-CV-01110