Frank S. Hedin (SBN 291289)
**HEDIN LLP**
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

Adrian Gucovschi (State Bar No. 360988)
**GUCOVSCHI LAW FIRM, PLLC**
165 Broadway, 23rd Floor
New York, New York 10006
Telephone: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL HOKE, individually and on behalf of all others similarly situated, | Case No.: 2:26-cv-01110-PA-SSC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| AG1 USA, INC. | |
| Defendant. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Samuel Hoke, by and through his undersigned counsel of record, hereby dismisses his claims against Defendant AG1 USA, Inc. with prejudice.

Dated: May 18, 2026                    Respectfully submitted,


By:     _/s/ Adrian Gucovschi_
        Adrian Gucovschi (SBN 360988)

**GUCOVSCHI LAW FIRM, PLLC.**
165 Broadway, 23rd Floor
New York, NY 10006
Telephone: (212) 884-4230
Facsimile: (212) 884-4230
E-Mail: adrian@gucovschilaw.com

**-and-**

**HEDIN LLP**
Frank S. Hedin (SBN 291289)
1395 Brickell Ave., Suite 610
Miami, Florida 33131-3302
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE